LAW OFFICES OF

# JAROSLAWICZ & JAROS PLLC

225 BROADWAY, 24TH FLOOR
NEW YORK, NEW YORK 10007

(212) 227-2780

DAVID JAROSLAWICZ
(NY, FL & CA BARS)
ABRAHAM JAROS

ROBERT J. TOLCHIN,
OF COUNSEL

DAVID TOLCHIN
dTolchin@LawJaros.com

November 6, 2015

**By ECF**

Hon. Rosemary Gambardella
U.S. Bankruptcy Court
District of New Jersey
Newark, NJ

   Re: ***Steinhardt Management, Inc. v. Bohn***
     ***Adv. # 14-01241   Case No. 13-35854 (RG)***
     ***OSC Return Date: Nov. 17, 2015***

Dear Judge Gambardella:

  We represent plaintiff-creditor Steinhardt Management, Inc., in this non-dischargeability action. We have today received the Court's *sua sponte* Order to Show Cause ("OSC") to dismiss for lack of prosecution, returnable November 17, 2015.

  Some time ago the parties reached a settlement (please see annexed). Debtor's counsel stated that she would notify the Court of the settlement. In light of the OSC, it is unclear to us whether the Court was in fact notified.

  In any event, the terms of the settlement require the Debtor to pay plaintiff $10,000 by November 15, 2015, and that a stipulation of discontinuance be filed within 10 days thereafter.

  Accordingly, we respectfully request that the Court either withdraw the OSC or, in the alternative, adjourn the return date for two weeks to allow time for the settlement check to clear and, assuming it clears, for the stipulation of discontinuance to be filed. In all likelihood, the OSC will become moot.

  We thank the Court for its consideration of our request and apologize for any inconvenience.

            Respectfully,

            S/David Tolchin

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
In re:  Theodore Bohn,
                    Debtor
---------------------------------------------------------------x
STEINHARDT MANAGEMENT, INC.,
                    Plaintiff

            -vs-

THEODORE BOHN,
                    Defendant.
---------------------------------------------------------------x

Bankruptcy Case No.: 35854-2013

ADVERSARY CASE NO.: 14-01241

STIPULATION OF SETTLEMENT

IT IS HEREBY STIPULATED by and between the parties that the within matter has been settled on the following terms:

1. Theodore Bohn shall pay to Steinhardt Management, Inc. the sum of ten thousand dollars in full and final settlement of this matter on or before November 15, 2015.

2. Steinhardt Management shall execute a release in favor of Theodore Bohn favor to be held in escrow until final payment is received and a Satisfaction pertaining to Bohn vs. 176 W. 87th St. Owners Corp, et al (NY Co. 102357-11).

3. Within 10 days of the date of receipt of the $10,000, Steinhardt Management, Inc. shall file a Stipulation of Voluntary Dismissal with prejudice with the USBC (DNJ) in this matter.

4. This Stipulation shall not be filed.

_____   10/20/2015
Marianne F. Auriemma
Attorney for Defendant
521 Lincoln Avenue
Maywood, NJ 07607
201-712-9663
mfaesq@gmail.com

_____
David Tolchin
Attorney for Plaintiff Steinhardt Management, Inc.
Jaroslawicz & Jaros
225 Broadway, 24th Floor
New York, NY 10007
(212) – 227-2780
dtolchin@lawjaros.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------x
In re: Theodore Bohn,
                Debtor                          Bankruptcy Case No.: 35854-2013
---------------------------------------------------------------x
STEINHARDT MANAGEMENT, INC.,
                Plaintiff

            -vs-                                ADVERSARY CASE NO.: 14-01241

                                                STIPULATION OF SETTLEMENT
THEODORE BOHN,
                Defendant.
---------------------------------------------------------------x

IT IS HEREBY STIPULATED by and between the parties that the within matter has been settled.

Provided there is compliance with the terms of settlement. A stipulation of voluntary dismissal with prejudice is filed herewith. The court shall retain jurisdiction if payment is not recieved by by November 15, 2015.

Dated: 10/20/2015

_____          _____
Attorney for Defendant              David Tolchin
Marianne F. Auriemma                Attorney for Plaintiff Steinhardt Management, Inc.
Atty ID #                           Jaroslawicz & Jaros
521 Lincoln Avenue                  225 Broadway, 24th Floor
Maywood, NJ 07607                   New York, NY 10007
201-712-9663                        (212) – 227-2780
mfaesq@gmail.com                    dtolchin@jaroslaw.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------x
In re: Theodore Bohn,

      Debtor

---------------------------------------------------x

STEINHARDT MANAGEMENT, INC.
      Plaintiff

-vs-

THEODORE BOHN,

      Defendant

---------------------------------------------------x

Bankruptcy Case No.: 38853-2013

Adversary Case No.: 14-01241

**STIPULATION OF DISMISSAL**

**IT IS HEREBY STIPULATED** and agreed by the undersigned that the above-captioned action be and is hereby dismissed in its entirety without prejudice and without costs as to all parties.

By: _____
Marianne F. Auriemma    10/20/2015
Attorney for Defendant
ID #022151985
521 Lincoln Avenue
Maywood, N.J. 07607
201-712-9663
mfaesq@gmail.com

By: _____
David Tolchin
Attorney for Plaintiff, Steinhardt Management
Jaroslawicz & Jaros
225 Broadway, 24th Floor
New York, NY 10007
212-227-2780
dtolchin@lawjaros.com

**IT IS SO ORDERED:**

_____
The Hon. Vincent F. Papalia, USBC